No. 178. Norton, Deputy Commissioner, U.S. Employees' Compensation Comm'n, *v.* Vesta Coal Co.

Argued January 11, 1934. Decided January 15, 1934. *Per Curiam:* As it appears that the Government has now adopted the conclusion that the decision below is correct and no substantial controversy is presented at the bar of this Court, the writ of certiorari herein is dismissed. *Assistant Solicitor General MacLean,* with whom *Solicitor General Biggs* and *Mr. W. Clifton Stone* were on the brief, for petitioner. *Mr. William A. Challener* for respondent.

No. 399. National Linen Service Corp. *v.* Lynchburg et al.

Submitted January 16, 1934. Decided January 22, 1934. *Per Curiam:* Judgment affirmed. *State Board of Tax Comm'rs* v. *Jackson,* 283 U.S. 527, 537; *Ohio Oil Co.* v. *Conway,* 281 U.S. 146, 159; *Brown-Forman Co.* v. *Kentucky,* 217 U.S. 563, 573; *Lawrence* v. *State Tax Comm'n,* 286 U.S. 276, 283, 284. *Messrs. H. A. Alexander, Herbert J. Haas, Bertram S. Boley,* and *Joseph F. Haas* were on the brief for appellant. *Messrs. T. G. Hobbs, S. V. Kemp,* and *Franklin Daniel* for appellees.